

# THE THIRTEENTH COURT OF APPEALS

13-19-00153-CV

Marc Anthony Ramos
v.
Alec Real Estate LLC and Lucina T. Gonzalez

On Appeal from the
County Court at Law No 3 of Bexar County, Texas
Trial Cause No. 2019CV01441

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Marc Anthony Ramos, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

June 13, 2019